UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                   :        25-Cr-570 (SHS)

        v.                                          :        ORDER

SANTO LAPAIS ROSARIO, and                   :
ERIC MCLEOD,
                                            :
                Defendants.
-------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

      IT IS HEREBY ORDERED that there will an initial pretrial conference in this matter on December 16, 2025, at 3:30 p.m. in Courtroom 23A.

Dated:  New York, New York
         December 12, 2025

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.