

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 22, 2026

**By ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Santo Lapais Rosario and Eric McLeod*, 25 Cr. 570 (SHS)

Dear Judge Stein:

The Government writes, on behalf of the parties, to respectfully request an adjournment of the conference scheduled for April 23, 2026, at 11 a.m. for approximately 30 to 45 days. Since the parties last wrote to the Court on March 23, 2026, the Government has continued plea discussions with counsel for each defendant. Those discussions remain ongoing and may obviate the need for Rule 12 motion practice. Accordingly, the parties jointly request an adjournment to permit such discussions to continue.

The Government moves for the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until the date scheduled for the next conference, to allow additional time for plea negotiations, as well as for discovery review. Each defendant consents to this exclusion of time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:

James Mandilk
Assistant United States Attorney
(212) 637-2453

CC: Counsel of Record (by ECF)

**The conference is adjourned until May 27, 2026, at 3:30 p.m. The time is excluded from calculation under the Speedy Trial Act from today until May 27, 2026. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. Sec. 3161(h)(7)(A).**

**Dated: New York, New York**
**April 22, 2026**

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.