

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 22, 2026

**By ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re: *United States v. Santo Lapais Rosario and Eric McLeod*, 25 Cr. 570 (SHS)

Dear Judge Stein:

The Government writes, on behalf of the parties, to respectfully request an adjournment of the conference scheduled for May 27, 2026, at 3:30 p.m. to a date that is convenient for the Court during the week of June 22. Since the parties last wrote to the Court on April 22, 2026, the Government has continued plea discussions with counsel for each defendant. Those discussions remain ongoing and may obviate the need for Rule 12 motion practice. Accordingly, the parties jointly request an adjournment to permit such discussions to continue.

The Government moves for the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until the date scheduled for the next conference, to allow additional time for plea negotiations, as well as for discovery review. Each defendant consents to this exclusion of time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:  *Rita Maxwell*

Rita Maxwell
Assistant United States Attorney
(212) 637-2206

CC: Counsel of Record (by ECF)

**The conference is adjourned to June 25, 2026, at 4:30 p.m. The time is excluded from calculation under the Speedy Trial Act from today until June 25, 2026. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial pursuant to 18 U.S.C. Sec. 3161(h)(7)(A).**

**Dated: New York, New York**
**May 26, 2025**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.