

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 24, 2026

**By ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Santo Lapais Rosario and Eric McLeod*, 25 Cr. 570 (SHS)

Dear Judge Stein:

The Government writes, on behalf of the parties, to respectfully request an adjournment of the conference scheduled for June 25, 2026, at 4:30 p.m. As discussed below, the parties do not believe that a conference is necessary at this time, but rather request that the Court order a schedule for motions and trial.

Since the parties last wrote to the Court on May 22, 2026, the Government has continued plea discussions with counsel for each defendant. With respect to Mr. Lapais Rosario, those discussions have been productive and remain ongoing.

Though the parties continue to discuss a pretrial resolution, the parties jointly request that the Court set a schedule for motions and trial. Counsel to Mr. McLeod requests the following dates:

- Defendants' motions due by August 28, 2026
- Government's opposition due by September 11, 2026
- Defendants' replies, if any, due by September 18, 2026
- **Hearing will be held on  October 5, 2026, at 9:30 a.m.**
- **Trial is set for January 11, 2027, at 9:30 a.m.**

Mr. Lapais Rosario consents to Mr. McLeod's proposed schedule.  The Government proposed an earlier schedule to defense counsel, but Mr. McLeod's counsel represented she had conflicts that made such a schedule not possible.  In reliance on those representations, the Government consents to the above schedule proposed by Mr. McLeod.

The Government moves for the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until the date scheduled for trial, to allow additional time for plea negotiations, as

well as for discovery review, preparation of motions, and preparation for trial. Each defendant consents to this exclusion of time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: *Rita Maxwell*

Rita Maxwell
Assistant United States Attorney
(212) 637-2206

CC: Counsel of Record (by ECF)

**The schedule as set forth above with changes is granted. At the request of all parties, the time is excluded from calculation under the Speedy Trial Act from today until January 11, 2027. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial pursuant to 18 U.S.C. Sec. 3161(h)(7)(A).**

**Dated: New York, New York**
**June 24, 2026**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.